IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ALFREDO BENITEZ-MARTINEZ,** § | |
| Petitioner, § | |
| § | |
| v. § | EP-26-CV-00410-DB |
| § | |
| **KRISTI NOEM**, *in her official capacity as* § | |
| *Secretary of the Department of Homeland* § | |
| *Security, et al.*, § | |
| Respondents. § | |

## ORDER

On this day, the Court considered the above-captioned case. On February 24, 2026, Respondents filed "Respondents' Advisory to the Court," ECF No. 7, advising the Court the Immigration Judge "issued a $10,000 bond" and "Petitioner posted the bond on February 20, 2026, and was released from the detention facility." ECF No. 7 at 1.

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by **no later than March 4, 2026.**

**SIGNED** this **25th** day of **February 2026**.

_____
**THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE**